**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00284-JLK

CITIZENS FOR A HEALTHY COMMUNITY,
HIGH COUNTRY CONSERVATION ADVOCATES, formerly known as High Country Citizens' Alliance,

    Plaintiffs,

    v.

UNITED STATES FOREST SERVICE;
SCOTT G. FITZWILLIAMS;
RHONDA O'BYRNE; LEVI BROYLES,

    Federal Defendants,

and

SG INTERESTS I, LTD.;
SG INTERSTS VII, LTD.,

    Defendant-Intervenors.

---

## ORDER STAYING BRIEFING DEADLINES

Kane, J.

On June 26, 2014, I approved the parties' joint case management plan, which set briefing deadlines regarding the merits of this matter. ECF No. 25. Petitioners filed their opening merits brief on July 25, 2014. On August 7, 2014, the Forest Service withdrew its Decision Memo that had approved the Surface Use Plan of Operations for SG Interests' Federal 11-90-9 #3 well. The Forest Service plans to cooperate with the Bureau of Land Management in its

environmental analysis for the Application for Permit to Drill on SG Interests' Federal 11-90-9 #3 well and will issue a new decision regarding the SUPO based on the joint Bureau of Land Management and Forest Service analysis.

In light of the Forest Service's withdrawal of the challenged Decision Memo, the parties agree that a 45-day stay of all briefing deadlines in this matter is appropriate so that they may pursue the possibility of settlement without further Court involvement.  I GRANT the request and thereby set following briefing deadlines:

1. Respondents' Response Brief Due: October 9, 2014.

2. Intervenors' Response Brief Due: October 20, 2014.

3. Petitioners' Reply Brief (If Any) Due: November 3, 2014.

DATED this 20th day of August, 2014

BY THE COURT:
***s/John L. Kane***
John L. Kane, U.S. Senior District Judge