**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00284-JLK

CITIZENS FOR A HEALTHY COMMUNITY,
HIGH COUNTRY CONSERVATION ADVOCATES, formerly known as High
Country Citizens' Alliance,

    Plaintiffs,

    v.

UNITED STATES FOREST SERVICE;
SCOTT G. FITZWILLIAMS;
RHONDA O'BYRNE; LEVI BROYLES,

    Federal Defendants,

and

SG INTERESTS I, LTD.;
SG INTERSTS VII, LTD.,

    Defendant-Intervenors.

---

**ORDER STAYING BRIEFING DEADLINES**

---

On August 21, 2014, the Court granted the Parties' joint motion to stay briefing deadlines regarding the merits of this matter in light of the Forest Service's withdrawal of its Decision Memo that had approved the Surface Use Plan of Operations for SG Interests' Federal 11-90-9 #3 well. ECF No. 32.

The parties continue to seek to settle this matter without further Court involvement and have made substantial progress since the time of their first joint

1

motion to stay briefing deadlines that was filed on August 20, 2014 (ECF No. 31). The parties agree that a further stay of all briefing deadlines in this matter is appropriate to pursue the possibility of settlement of this matter. Accordingly, the Court GRANTS the parties' Second Motion To Stay (ECF No. 34) and stays the current briefing deadlines for approximately 45 days and enters the following briefing deadlines:

    1.    Respondents' Response Brief Due: November 24, 2014.

    2.    Intervenors' Response Brief Due: December 4, 2014.

    3.    Petitioners' Reply Brief (If Any) Due: December 18, 2014.

DATED:    October 1, 2014

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      U.S. District Court Judge

RESPECTFULLY SUBMITTED this 1st day of October 2014:

| | |
|---|---|
| */s/* Kyle J. Tisdel | SAM HIRSCH |
| KYLE J. TISDEL | Acting Assistant Attorney General |
| Western Environmental Law Center | |
| 208 Paseo del Pueblo Sur, Suite 602 |  s/ Beverly F. Li |
| Taos, New Mexico  87571 | BEVERLY F. LI (WSBA #33267) |
| (p) 575.613.8050 | Trial Attorney - Natural Resources Section |
| (f) 575.751.1775 | |
| tisdel@westernlaw.org | U.S. Department of Justice |
| | Environment & Natural Resources Division |
| ALLISON N. MELTON | |
| High Country Conservation Advocates | P.O. Box 7611 |
| PO Box 1066 | Washington, DC 20044-7611 |
| Crested Butte, Colorado  81224 | Telephone: (202) 353-9213 |
| (p) 970.349.7104 | Facsimile: (202) 305-0506 |
| (f) 970.349.0164 | Beverly.Li@usdoj.gov |
| alli.melton@gmail.com | |
| | JOHN F. WALSH |
| | United States Attorney |
| *Attorneys for Petitioners* | JOHANNA HAMBURGER |
| | Assistant United States Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, CO 80202 |
| | Tel: 303-454-0100 |
| | Johanna.Hamburger@usdoj.gov |
| | |
| | *Attorneys for Respondents* |

3

   /s/ Rebecca W. Watson
REBECCA W. WATSON
BRIAN S. TOOLEY
JENNIFER CADENA
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street, Suite 2200
Denver, CO 80202
303-830-2500
rwatson@wsmtlaw.com
jcadena@wsmtlaw.com
btooley@wsmtlaw.com

*Attorneys for Intervenors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kyle James Tisdel
Western Environmental Law Center
208 Paseo del Pueblo Sur #602
Taos, NM 87571-5931
575-613-8050
tisdel@westernlaw.org

Allison Melton
alli.melton@gmail.com

Counsel for Petitioners


Rebecca Watson
Brian S. Tooley
Jennifer Cadena
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street, Suite 2200
Denver, CO 80202
303-830-2500
rwatson@wsmtlaw.com
jcadena@wsmtlaw.com
btooley@wsmtlaw.com

Counsel for Intervenors

                                                s/ Beverly F. Li
                                               Beverly F. Li
                                               Attorney for Respondents