**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 14-cv-00284-JLK**

CITIZENS FOR A HEALTHY COMMUNITY,
HIGH COUNTRY CONSERVATION ADVOCATES, formerly known as High Country Citizens' Alliance,

    Plaintiffs,

    v.

UNITED STATES FOREST SERVICE;
SCOTT G. FITZWILLIAMS;
RHONDA O'BYRNE; LEVI BROYLES,

    Federal Defendants,

and

SG INTERESTS I, LTD.;
SG INTERSTS VII, LTD.,

    Defendant-Intervenors.

## ORDER

Kane, J.

This matter is currently before me on the parties' Joint Motion to Vacate Briefing Schedule (Doc. 45). Having reviewed the parties' motion, and finding good cause for the relief requested therein, the motion is GRANTED, and the briefing schedule set by this Court's December 12, 2014, Minute Order (Doc. 38) is VACATED.

DATED:  January 22, 2015

BY THE COURT:
**s/John L. Kane**
Senior U.S. District Judge

1